**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 563 MAL 2023

         Respondent              :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

         v.                      :

                                       :

SAXON, RODNEY,                      :

         Petitioner               :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 564 MAL 2023

         Respondent               :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

         v.                      :

SAXON, RODNEY,                      :

         Petitioner               :

## ORDER

**PER CURIAM**

       **AND NOW**, this 19th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.